ENTERED JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, ADMINISTRATIVE MAINTENANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND,<br><br>   Plaintiffs,<br><br> vs.<br><br>CONTROL MANAGEMENT SYSTEMS, INC., a California corporation,<br><br>   Defendant. | CASE NO.: ED CV 08-00839 SGL (VBKx)<br><br>ASSIGNED TO THE HONORABLE STEPHEN G. LARSON<br><br>**JUDGMENT** |

1

177024.1

Judgment

This action having been commenced on June 23, 2008, and this Court having approved the stipulation of the parties for entry of judgment, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiffs, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, ADMINISTRATIVE MAINTENANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and CONTRACT COMPLIANCE FUND, shall recover from Defendant, CONTROL MANAGEMENT SYSTEMS, INC., a California corporation, the principal amount of $63,297.95, plus post-judgment interest thereon at the rate of six percent (6%) per annum, until paid in full.

2. Within 15 days from the date this judgment is entered, Defendant shall assign to Plaintiffs all of its current accounts receivable and provide a list of same (including names, addresses, and telephone numbers of creditors, amounts owed, and documentation supporting each debt) to Plaintiffs.

DATED:   January 26, 2009

UNITED STATES DISTRICT COURT JUDGE

177024.1

2

Judgment